■ ERIE PETROLEUM, INC., Respondent, v COUNTY OF CHAUTAUQUA, Appellant. (Appeal No. 2.) [730 NYS2d 467] —Judgment insofar as appealed from unanimously reversed on the law without costs and first decretal paragraph deleted. Same Memorandum as in *Erie Petroleum v County of Chautauqua* (286 AD2d 854 [decided herewith]). (Appeal from Judgment of Supreme Court, Chautauqua County, Gerace, J.—Counsel Fees.) Present—Pigott, Jr., P. J., Green, Pine, Scudder and Burns, JJ.